■ BETTY H. ORTMAN, Appellant, v. HAROLD R. ORTMAN, Respondent. — Motion for a stay granted pending determination of appeal, on condition that appellant file the printed brief by September 21, 1959, and serve the typewritten brief on the respondent by September 18, 1959, and respondent file a typewritten brief on September 23, 1959, and the printed brief on September 25, 1959, and the case set down for argument on September 23, 1959. (Order entered Sept. 17, 1959.)

■ JOSEPH VALERIO, Appellant, v. SLEETH PONTIAC, INC., et al., Respondents.— Appeal dismissed unless printed records and briefs are filed and served on or before October 19, 1959.

■ ELAINE LEWIS, Appellant, v. CO-OPERATIVE P & C FAMILY FOODS, INC., Respondent.— Appeal dismissed, without costs, for failure to comply with previous order.

■ In the Matter of the Accounting of GEORGE C. COOL et al., as Executors of MARY I. ROSS, Deceased.— Appeal dismissed, without costs, for failure to comply with previous order.

■ HAROLD J. MARLEY et al., Respondents, v. MARVIN R. LUSSIER, Appellant.— Appeal dismissed, without costs, upon stipulation.

■ In the Matter of the Accounting of ALINE C. J. ELLIS, as Executrix of JOSEPH ELLIS, Deceased.— Appeal dismissed unless printed records and briefs are filed and served on or before October 15, 1959.

■ JOHN FRICK, Appellant, v. EDNA NUTHALL, Respondent.— Appeal dismissed unless printed records and briefs are filed and served on or before December 1, 1959.

■ CHARLES R. YELTON, Respondent, v. BRUNNEL TIRE & APPLIANCE, INC., Appellant.— Appeal dismissed unless printed brief is filed and served on or before October 12, 1959.

■ FREDERICK P. YOUNG, Respondent, v. VIVIAN I. YOUNG, Appellant.— Appeal dismissed unless printed records and briefs are filed and served on or before October 15, 1959.

■ GEORGE E. MEAD, SR., Respondent, v. NEW YORK CENTRAL RAILROAD Co., Appellant.— Motion granted and time for argument of appeal extended to November 1959 Term, on condition appeal be heard when reached at November Term.

■ CITIES SERVICE OIL Co., Respondent, v. 307 SUMMER STREET et al., Appellants.— Appeal dismissed unless printed records and briefs are filed and served on or before October 20, 1959.

■ HERBERT W. CUNNINGHAM et al., Respondents, v. RAYMOND W. BALL et al., Appellants. (And Two Other Actions.) — Appeal dismissed unless printed records and briefs are filed and served on or before October 15, 1959.

■ In the Matter of the Estate of KIRICOULA GARAS, Deceased.— Appeal dismissed unless printed records and briefs are filed and served on or before October 15, 1959.

■ In the Matter of the Estate of TINA H. HALE, Deceased.— Motion to dismiss appeal denied without prejudice to the right of the respondent to renew the motion upon the argument of the appeal. If the respondent is of the opinion that the petition and answer in the proceeding to construe the will should be made a part of the record, permission is given to print them as an appendix in his brief.

■ THE PEOPLE OF THE STATE OF NEW YORK, Plaintiff, v. WILLIE JAMES ROBINSON, ALPHONSO WILLIAMS and ERNEST JACKSON, Defendants.— Motion for a change of venue denied.